**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LUCIO GARCIA-SALAS,**

    Petitioner,

vs.                        **Civil Action 2:05-CV-149
Criminal Action 2:02-CR-164
Judge Marbley
Magistrate Judge King**

**UNITED STATES OF AMERICA,**

    Respondent.

**ORDER**

On October 25, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed as untimely. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** as untimely.

                                                                          s/Algenon L. Marbley
                                                                            Algenon L. Marbley
                                                        United States District Judge